**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |
| **City** Natick | **Related Case Information:** | |
| **County** Middlesex | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant X |
| | Magistrate Judge Case Number | 20-MJ-2398 |
| | Search Warrant Case Number | 19-MJ-2438 to 2441 |
| | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name: James Baugh    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: 

Address: ~~(City & State)~~ San Jose, California

Birth date (Yr only): 1974   SSN (last4#): 3402   Sex: M   Race: Caucasian   Nationality: _____

**Defense Counsel if known:** William Fick, Esq.   Address: 24 Federal Street, 4th Floor

**Bar Number**: _____   Boston, Massachusetts 02110

**U.S. Attorney Information:**

**AUSA** Seth B. Kosto, David J. D'Addio    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**: _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/11/2020   Signature of AUSA: *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   James Baugh

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to commit cyberstalking in violation of 18 USC 2261A | 1 |
| Set 2 | 18 USC 371 | Conspiracy to commit witness tampering in violation of 18 USC 1512(b)(3) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____