**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** Natick      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number 20-MJ-2398
Search Warrant Case Number 19-MJ-2438 to 2441
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: David Harville     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) New York, New York

Birth date (Yr only): 1971   SSN (last4#): 5021   Sex: M   Race: Caucasian   Nationality: _____

**Defense Counsel if known:** Jonathan McDougal     Address: 1640 Laurel Street

**Bar Number** _____            San Carlos, CA 94070

**U.S. Attorney Information:**

**AUSA** Seth B. Kosto, David J. D'Addio     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/11/2020     Signature of AUSA: *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    David Harville

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to commit cyberstalking in violation of 18 USC 2261A | 1 |
| Set 2 | 18 USC 371 | Conspiracy to commit witness tampering in violation of 18 USC 1512(b)(3) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Case 1:20-mj-02398-MBB   Document 3-4   Filed 06/11/20   Page 2 of 2
JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013