AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 20-MJ-2398 (MBB) |
| DAVID HARVILLE | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DAVID HARVILLE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit cyberstakling in violation of 18 U.S.C. § 2261A
Conspiracy to commit witness tampering in violation of 18 U.S.C. § 1512(b)(3)

each in violation of 18 U.S.C. § 371

Date: 06/11/2020

*HON. MARIANNE B. BOWLER*
*United States Magistrate Judge*

City and state: Brookline, Massachusetts

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*